# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 404 EAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| CORY JACKSON, | : | |
| | : | |
| Petitioner | : | |
| | | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 405 EAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| CORY J. JACKSON, | : | |
| | : | |
| Petitioner | : | |
| | | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 406 EAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| CORY J. JACKSON, | : | |
| | : | |
| Petitioner | : | |
| | | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 407 EAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |

CORY J. JACKSON,                          :
                                          :
            Petitioner                    :
                                          :
COMMONWEALTH OF PENNSYLVANIA,              :    No. 408 EAL 2023
                                          :
            Respondent                    :
                                          :    Petition for Allowance of Appeal
                                          :    from the Order of the Superior Court
            v.                            :
                                          :
                                          :
CORY J. JACKSON,                          :
                                          :
            Petitioner                    :


## **ORDER**


**PER CURIAM**

     **AND NOW**, this 3rd day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.

[404 EAL 2023, 405 EAL 2023, 406 EAL 2023, 407 EAL 2023 and 408 EAL 2023] - 2